UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Nyree Belton,

    Appellant(s),

  -against-	21 Civ. 9492 (CM) (PED)

GE Capital Consumer Lending, Inc.,

    Appellee(s),

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2021

## ORDER

McMahon, J.:

    The Court has set the following briefing schedule on this Bankruptcy appeal. Appellant's brief is due January 3, 2022; Appellees' opposition brief is due February 14, 2022; Appellant's reply brief is due March 7, 2022.

SO ORDERED:

*[signature: Colleen McMahon]*

United States District Judge

Dated: November 18, 2021
New York, New York