# Exhibit A

Belton v. GE Capital Consumer Lending, Inc.
BSF Total Fees

| Name | Hours | Rate per hour | Fees Total |
|---|---|---|---|
| **Attorneys** | | | |
| George F. Carpinello | 232.30 | 1100.00 | $ 255,530.00 |
| Anne Nardacci | 514.20 | 850.00 | $ 437,070.00 |
| Grace Reale | 20.70 | 380.00 | $ 7,866.00 |
| Adam R. Shaw | 468.40 | 970.00 | $ 454,348.00 |
| Reece Dameron | 4.30 | 880.00 | $ 3,784.00 |
| Robert Tietjen | 25.50 | 850.00 | $ 21,675.00 |
| Jeffrey Shelly | 0.80 | 790.00 | $ 632.00 |
| Jenna Smith | 61.60 | 770.00 | $ 47,432.00 |
| Mark Singer | 1.60 | 770.00 | $ 1,232.00 |
| Richard Williams | 18.80 | 380.00 | $ 7,144.00 |
| Lalitha Gadepally | 6.00 | 350.00 | $ 2,100.00 |
| Elizabeth Katagiri | 13.00 | 350.00 | $ 4,550.00 |
| **Attorney totals** | **1,367.20** | **8440.00** | **$ 1,251,803.00** |
| **Paralegals** | | | |
| Margaret Ketchen | 157.00 | 290.00 | $ 45,530.00 |
| Susanne Herman | 59.10 | 290.00 | $ 17,139.00 |
| Alexander Cuda | 40.50 | 280.00 | $ 11,340.00 |
| Annabel Felton | 48.00 | 290.00 | $ 13,920.00 |
| Serena Sapienza | 8.60 | 290.00 | $ 2,494.00 |
| Adam Weber | 39.80 | 280.00 | $ 11,144.00 |
| **Paralegal totals** | **353.00** | **1720.00** | **$ 103,287.00** |
| **TOTAL BSF fees** | **1,720.20** | | **$ 1,355,090.00** |