UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>NYREE BELTON,<br><br>                              Debtor, | Chapter 7<br><br>Case No. 12-23037 (RDD) |
| NYREE BELTON,<br><br>      Debtor and Plaintiff<br>      on behalf of herself<br>      and all others similarly<br>      situated,<br><br>    v.<br><br>GE CAPITAL CONSUMER LENDING, INC.,<br>A/K/A GE MONEY BANK<br><br>                              Defendant. | Case No. 21-cv-09492 (CM)<br>Adv. No. 14-08223 (RDD) |

**DECLARATION OF CHARLES JUNTIKKA IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, Charles Juntikka, declare as follows:

1. I am a partner in the law firm Charles Juntikka & Associates, LLP, co-counsel for Plaintiff Nyree Belton in the above-captioned matter. I submit this declaration based on my personal knowledge and in support of Plaintiff's Motion for Attorneys' Fees, Expenses and Incentive Award Payments.

2. Charles Juntikka & Associates personnel have collectively expended 863.50 hours of professional time in connection with this class action on a fully contingent fee basis, as described in Exhibits A.

3.  Charles Juntikka & Associates' total lodestar, derived by multiplying the firm's hours by current hourly rates for its attorneys and professional staff, amounts to $572,090.00, as described in Exhibit A hereto.

4.  Charles Juntikka & Associates has also incurred expenses totaling $474.54 during this litigation, as described in Exhibit A hereto. These expenses were reasonable and necessary in this litigation, and have been expended for the direct benefit of the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 26, 2022                By:   /s/  Charles Juntikka
                                            Charles Juntikka

Charles Juntikka & Associates, LLP
Fees – Belton v. GE Money Bank

|  | Hours | Rate | Total |
|---|---|---|---|
| **Attorney** | | | |
| Charles Juntikka, Esq. | 493.00 | 950.00 | 468,350.00 |
| **Paralegals** | | | |
| Christopher Matko | 246.50 | 280.00 | 69,020.00 |
| Lisa Jenny Wan | 124.00 | 280.00 | 34,720.00 |
| TOTALS | 863.50 | | 572,090.00 |

Charles Juntikka & Associates, LLP
Costs – Belton v. GE Money Bank

| | |
|---|---|
| Travel Expenses | 40.00 |
| Computer | 434.54 |
| TOTAL | 474.54 |